## SMITH v. STATE.    (No. 6331.)

(Court of Criminal Appeals of Texas.    June 8, 1921.)

Criminal law ⬦1094—Judgment affirmed, in absence of bill of exceptions or statement of fact.

A conviction will be affirmed, where there appears in the record neither bill of exceptions nor statement of facts, and the indictment and the charge are in conformity with the law.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

Bill Smith was convicted of theft, and appeals. Affirmed.

R. H. Hamilton, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Dallas county of the offense of theft, and his punishment fixed at confinement in the state penitentiary for a term of five years.

There appears in the record neither bills of exceptions nor statement of facts. We have examined the indictment and the charge of the court, and, finding same in conformity with the law, the judgment of the lower court will be affirmed.